# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| DONALD J. GAY, )<br>                Plaintiff, )<br>v. )<br>                )<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>              Defendant. ) | Case No. 06-2182 |

# O R D E R

In July 2005, Administrative Law Judge (hereinafter "ALJ") Gerald Rickert denied Plaintiff Donald Gay's application for social security supplemental security income and disability insurance benefits. The ALJ based his decision on a finding that Plaintiff was able to perform a number of jobs existing in the national economy.

In September 2006, Plaintiff filed a Complaint (#1) against Defendant Jo Anne Barnhart,[1] the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In May 2007, Plaintiff filed a Motion for Summary Judgment (#13). In August 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15). In October 2007, Plaintiff filed a Reply Brief (#18).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#13). Consistent with the Court's reasoning in the

---

[1] Pursuant to Federal Rules of Civil Procedure 25(d)(1), we have substituted Michael J. Astrue for Jo Anne B. Barnhart as the named defendant-appellee.

Order denying Plaintiff's motion, the Court now GRANTS Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)**.

ENTER this 30th day of June, 2008.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE